UNITED STATES DISTRICT COURT<br>
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 24-793 (BM) |
| v.  : | |
| : | **UNSEALING ORDER** |
| AUGUSTINE CHIBUZO : | |
| ONYEACHONAM, : | |
| STANLEY ASIEGBU, : | |
|   a/k/a "Stanislaus Asiegbu," and : | |
| CHUKWUEBUKA NWEKE-EZE : | |

This matter came before the Court on application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Anthony P. Torntore and Andrew Kogan, Assistant U.S. Attorneys, appearing), for an order unsealing the Indictment and Arrest Warrants in the above-captioned matter, and good cause having been shown,

IT IS on this 10th day of December, 2024;

OREDERED that **effective on December 11, 2024,** the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that **effective on December 11, 2024,** the docket sheet, the Indictment, the Arrest Warrants, and all related papers in the above-captioned matter be UNSEALED.

_____<br>
HON. BRIAN MARTINOTTI<br>
United States District Judge